JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JOSHUA GRANT,                          ) CASE NO. 2:23-cv-06198-AGR
     Plaintiff,                        )
                            ) ~~[PROPOSED]~~
      vs.                                  ) **JUDGMENT**
                            )
KILOLO KIJAKAZI,                       )
Acting Commissioner of Social          )
Security,                              )
                            )
     Defendant.                        )

The Court hereby approves the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand") lodged with this Judgment of Remand, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation to Remand.

DATED:  December 18, 2023 _____
                           HON. ALICIA G. ROSENBERG
                           UNITED STATES MAGISTRATE JUDGE