# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Joshua Cary Grant,<br><br>  Plaintiff,<br><br>  v.<br><br>Martin O'Malley, Commissioner of Social Security,<br><br>  Defendant. | Case No. 2:23-cv-06198-AGR<br><br>[~~PROPOSED~~] ORDER FOR STIPULATION FOR THE AWARD AND PAYMENT OF ATTORNEY FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees and Expenses, **IT IS ORDERED** that fees and expenses in the amount of FIVE THOUSAND EIGHT-HUNDRED NINETY-NINE DOLLARS and 55/100 ($5,899.55) as authorized by 28 U.S.C. § 2412 be awarded subject to the terms of the Stipulation.

IT IS SO ORDERED.

DATE: April 4, 2024

_____
HON. ALICIA G. ROSENBERG
UNITED STATES MAGISTRATE JUDGE